IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHERRY WISE                                                  PLAINTIFF

v.                          Case No. 4:24-cv-04097

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 17, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Bryant recommends that the Court grant Plaintiff's Motion for Attorney Fees Stipulation (ECF No. 18) and that Plaintiff be awarded $6,786.50 in attorney fees and $405.00 in costs for a total of $7,191.50. (ECF No. 19, at 3). Judge Bryant notes that these fees must be awarded to Plaintiff, not Plaintiff's attorney, unless Plaintiff has executed a valid assignment to Plaintiff's attorney of all rights in an attorney's fee award and Plaintiff owes no outstanding debt to the federal government. (ECF No. 19, at 3).

Defendant has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Accordingly, the Court finds that Plaintiff's Motion for Attorney Fees Stipulation (ECF No. 18) should be and hereby is **GRANTED**. Plaintiff is hereby awarded $6,786.50 in attorney fees and $405.00 in costs for a total of $7,191.50. These fees should be awarded to Plaintiff, not Plaintiff's attorney, unless Plaintiff has executed a valid

assignment to Plaintiff's attorney of all rights in an attorney's fee award and Plaintiff owes no outstanding debt to the federal government.

      **IT IS SO ORDERED**, this 8th day of July, 2025.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge